# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

JORGE GUADARRAMA,

                V.

MATTHEW CATE, Secretary;
LARRY SMALL, Warden;
DOES 1-10,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 09cv2440 JM (WVG)

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Court hereby denies Plaintiff's Motion to Proceed In Forma Pauperis as barred by 28 U.S.C. § 1915(g), and dismisses this action without prejudice pursuant to 28 U.S.C. § 1914(a) for failing to prepay the $350 filing fee.................................................................................................
................................................................................................................................................................

| December 9, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON December 9, 2009 |

09cv2440-JM(WVG)